Peter Strojnik
7847 North Central Ave.
Phoenix, Arizona 85020
602-524-6602
ps@strojnik.com



# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Peter Strojnik,<br><br>    Plaintiff,<br><br>vs.<br><br>State of California through Rob Bonta in his official capacity as the Attorney General of the State of California; Carté Hotel Ventures, LP<br><br>    Defendants. | Case No.: 3:22-CV-01088-TWR-AGS<br><br>**NOTICE OF FILING 1ST AMENDED VERIFIED COMPLAINT PURSUANT TO FRCP 15(A)(1)(A) IN LIEU OF SHOWING CAUSE REGARDING JURISDICTION** |

Plaintiff reviewed the Order, dkt. at 2, and respectfully submits his 1st Amended Complaint in lieu of showing cause why the initial complaint, dkt. at 1, should not be dismissed for lack of subject matter jurisdiction.

The First Amended Complaint:

1. Requests the Unruh remedy of adoption, fulfillment and enforcement of "reasonable modifications in policies, practices, or procedures, when such modifications are necessary to afford goods, services, facilities, privileges, advantages, or accommodations to individuals with disabilities" applicable to entire property.

2. Adds the omitted allegation of diversity jurisdiction based on the following estimated and alleged value of the matter in controversy:

| Matter in Controversy | Amount |
|---|---|
| Adoption and fulfillment of "reasonable modifications in policies, practices, or procedures, when such modifications are necessary to afford goods, services, facilities, privileges, advantages, or accommodations to individuals with disabilities" applicable to entire property. | $250,000 |
| Violation of Unruh -- Trebled | $12,000 |
| Violation of UCL and CLRA | $10,000 |
| Required Remediations of Specific Barriers | |
| Check in Service Counter | $10,000 |
| Lobby Bar | $15,000 |
| Room Door Remediation | $100 |
| Shower Spray Unit Remediation | $100 |
| Bathtub Seat | $1,000 |
| **Total Amount Of Matter In Controversy** | $298,200 |

3. Corrects the error of no listing the State of California through Attorney General Rob Bonta with respect to federal preemption jurisdiction; and

4. Clarifies that the pre-emption count is not anticipatory of any potential defense to the state law counts, but an independent count challenging State of California's violation of Federal Supremacy.

DATED this 9th day of September, 2022.

Peter Strojnik
Plaintiff

Mailed to the Court in a 2-day USPS envelope this 9th day of September, 2022.

2