PRESS FIRMLY TO SEAL




PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

**P**

US POSTAGE $8.95 CPU PRFL
R2305P150658   2000232481
09/06/22   Mailed from: 85028   026W

# PRIORITY® MAIL

**PRIORITY MAIL®**

0 Lb 7.60 Oz

0004

EXPECTED DELIVERY DAY: 09/08/22

SHIP TO:
333 W BROADWAY
STE 420
SAN DIEGO CA 92101-3806

C037

**USPS TRACKING® #**

9505 5270 1872 2249 1537 84



**FROM:**

Peter Strojnik
7847 N Central Avenue
Phoenix, Arizona 85020

RECEIVED
SEP 08 2022
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

**TO:**

Clerk of the Court
United States District Court
Southern District of California
333 West Broadway, Suite 420
San Diego, CA 92101

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

PS00001000014   EP14F May 2020   OD: 12 1/2 x 9 1/2

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.



# UNITED STATES POSTAL SERVICE®  |  PRIORITY® MAIL

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

## TRACKED ■ INSURED



PS00001000014    EP14F May 2020

### VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE