UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK,<br><br>                                    Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, through Rob Bonta in his official capacity as the Attorney General of the State of California; and CARTÉ HOTEL VENTURES, LP,<br><br>                                    Defendants. | Case No.:  22-CV-1088 TWR (AGS)<br><br>**ORDER REQUIRING FILING FEE OR APPLICATION TO PROCEED** *IN FORMA PAUPERIS* |

Plaintiff Peter Strojnik, proceeding pro se, filed a Complaint in July 2022 and a First Amended Complaint in September 2022. (*See generally* ECF Nos. 1, 4.)  Neither Complaint was accompanied by a filing fee or an application to proceed *in forma pauperis* ("IFP").  All parties instituting any civil action, suit, or proceeding in a district court of the United States, except an application for a writ of habeas corpus, must pay filing and administration fees totaling $402.[1]  28 U.S.C. § 1914(a).  A court may, however, in its

---

[1]  In addition to the $350 statutory fee, civil litigants must pay an additional administrative fee of $52.  *See* 28 U.S.C. § 1914(a), (b) (Judicial Conference Schedule of Fees, District Court Misc. Fee

discretion, allow a plaintiff to commence a proceeding without paying these fees if the plaintiff seeks leave to proceed IFP by submitting an affidavit demonstrating the fees impose financial hardship.  *See* 28 U.S.C. § 1915(a); *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015).  Although the statute does not specify the qualifications for proceeding IFP, the plaintiff's affidavit must allege poverty with some particularity. *Escobedo*, 787 F.3d at 1234.  Granting a plaintiff leave to proceed IFP may be proper, for example, when the affidavit demonstrates that paying court costs will result in a plaintiff's inability to afford the "necessities of life."  *Id*.  The affidavit, however, need not demonstrate that the plaintiff is destitute.  *Id.*  Here, Plaintiff has not paid the required filing fee nor filed an application to proceed IFP.  Plaintiff is therefore **ORDERED** to either pay the full $402 filing fee or file an application to proceed IFP within thirty (30) days of the date of this Order.  *If Plaintiff does not timely pay the filing fee or file an application to proceed IFP, the Court will dismiss Plaintiff's Complaint without prejudice.*

**IT IS SO ORDERED.**

Dated:  January 9, 2023

_____
Honorable Todd W. Robinson
United States District Judge

---

Schedule, § 14 (eff. Dec. 1, 2020)).  The additional $52 administrative fee does not apply to persons granted leave to proceed IFP.  *Id.*