UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, through Rob Bonta in his official capacity as the Attorney General of the State of California; and CARTÉ HOTEL VENTURES, LP,<br><br>　　　　　　　　　　Defendants. | Case No.: 22-CV-1088 TWR (BGS)<br><br>**ORDER DISMISSING PLAINTIFF'S CASE WITHOUT PREJUDICE FOR FAILURE TO RESPOND TO ORDER REQUIRING FILING FEE OR APPLICATION TO PROCEED** *IN FORMA PAUPERIS*<br><br>(ECF No. 8) |

On January 9, 2023, the Court ordered Plaintiff Peter Strojnik to either pay the required filing fee or file an application to proceed *in forma pauperis* ("IFP") since he did not do so prior to commencing this action. (*See* ECF No. 8, "Order.") The Court warned Plaintiff that if he did not timely pay the filing fee or file an application to proceed IFP, the Court would dismiss Plaintiff's Complaint without prejudice. (*Id*. at 2.) As of the date of this Order, Plaintiff has not paid the filing fee or filed an application to proceed IFP even though his deadline to do so was February 8, 2023. Accordingly, pursuant to Civil Local

1  Rule 83.1, the Court **DISMISSES** this case **WITHOUT PREJUDICE**.  *See* S.D. Cal.
2  CivLR 83.1(a).  The Court of Clerk **SHALL CLOSE** the file.
3       **IT IS SO ORDERED.**
4  Dated:  March 20, 2023

_____
Honorable Todd W. Robinson
United States District Judge